IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Docket No. 1:16-cv-1975 (EGS) |

**DEFENDANT'S SUBMISSION REGARDING
PROCESSING RATES IN OTHER RECENT FOIA CASES**

Pursuant to the Court's May 17, 2017 Minute Order, Defendant United States Department of State ("State") provides the following information about "the rate of processing in other recent FOIA cases in which the Department of State is a defendant."

The chart below provides State's best information on the processing rates for other FOIA cases filed since January 1, 2016, in which State is a defendant and which have reached the processing stage. State believes that providing the processing rates for cases filed since the beginning of 2016 comports with the Court's request for information about "other recent FOIA cases." In addition, July 2016 is when State quantified its FOIA processing capacity to realign its processing rates with existing capacity. *See* Declaration of Eric F. Stein, Director of the Office of Information Programs and Services at State, ECF No. 27-1, ¶¶ 15-16, 21.

A few caveats are necessary. Not all of the cases listed below have productions ongoing as of today's date; some, for example, have settled. State nonetheless includes them as examples of processing rates in recent FOIA cases. And the information provided below of course represents only a portion of State's FOIA litigation caseload and workload. It does not, for

1

example, reflect State's existing obligations in many cases filed before 2016, nor does it reflect the many hours that FOIA reviewers and processors spend on tasks other than processing records, such as drafting *Vaughn* indices and declarations. Nor does the chart reflect processing rates for FOIA requests not in litigation (since the Court's order was for processing rates for other FOIA "cases.").

| Case No. | Case Name | Judge | Processing Rate (pages per month) |
| --- | --- | --- | --- |
| 16-cv-48 | *Citizens United v. State* | Contreras | 300 |
| 16-cv-67 | *Citizens United v. State* | Cooper | 300 |
| 16-cv-108 | *Citizens United v. State* | Collyer | 300 |
| 16-cv-221 | *ACLU v. DHS et al.* | Kollar-Kotelly | 300 |
| 16-cv-406 | *Judicial Watch v. State* | Walton | Rolling productions, no monthly min |
| 16-cv-423 | *Citizens United v. State* | Mehta | State ordered to "endeavor to process 650" pages per month |
| 16-cv-438 | *FAIR v. USCIS et al* | Leon | Rolling productions, no monthly min |
| 16-cv-460 | *RNC v. State* | Mehta | Rolling productions, no monthly min |
| 16-cv-461 | *RNC v. State* | Berman Jackson | 500 |
| 16-cv-486 | *RNC v. State* | Boasberg | 500 |
| 16-cv-487 | *RNC v. U.S. A.I.D.* | Brown Jackson | 300 |
| 16-cv-489 | *RNC v. State* | Howell | 300 |
| 16-cv-574 | *Judicial Watch v. State* | Mehta | Rolling productions, no monthly min |
| 16-cv-656 | *Judicial Watch v. State* | Sullivan | Rolling productions, no monthly min |
| 16-cv-715 | *FAIR v. State* | Mehta | Approx. 433 |
| 16-cv-871 | *Cause of Action v. Eggleston* | Kollar-Kotelly | Rolling productions, no monthly min |
| 16-cv-885 | *Judicial Watch* | Lamberth | Rolling productions, no monthly min |
| 16-cv-899 (C.D. Cal.) | *CHRC v. State* | Wilson | 400 |
| 16-cv-1256 | *ACLU v. CIA et al* | Sullivan | Rolling productions, no monthly min |
| 16-cv-1751 | *ACLJ v. State* | Kollar-Kotelly | Rolling productions, no monthly min |
| 16-cv-2027 | *Judicial Watch v. State* | Berman Jackson | Rolling productions, no monthly min |
| 16-cv-2074 | *Cause of Action v. State* | Contreras | Rolling productions, no monthly min |
| 16-cv-2298 | *Madhiraju v. State* | Walton | Rolling productions, no monthly min |
| 16-cv-2367 | *Judicial Watch v. State* | Boasberg | 175 - 200 documents per month (approximately 315 - 360 pages) |
| 16-cv-2516 | *ACLJ v. State* | Boasberg | Production schedule in negotiation |
| 16-cv-2517 | *Leopold v. Director et al.* | Kollar-Kotelly | Rolling productions, no monthly min |
| 17-cv-67 | *Ross v. State* | Chutkan | Rolling productions, no monthly min |
| 17-cv-153 | *Leopold v. DOJ et al.* | Chutkan | Rolling productions, no monthly min |
| 17-cv-189 | *Stein v. CIA et al.* | Chutkan | Rolling productions, no monthly min |
| 17-cv-205 | *Judicial Watch v. State* | Cooper | Rolling productions, no monthly min |
| 17-cv-340 | *EELI v. State* | Howell | Rolling productions, no monthly min |

Dated: May 18, 2017

Respectfully submitted,

JOYCE R. BRANDA
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Jason Lee*_____
JASON LEE (CA Bar No. 298140)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone: (202) 514-3367
Fax: (202) 616-8470
Email: Jason.Lee3@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW Rm. 7107
Washington, DC 20001

*Counsel for Defendant*